| | |
|---|---|
| Thomas A. Counts (Bar No. 148051)<br>tomcounts@paulhastings.com<br>PAUL HASTINGS LLP<br>55 Second Street, Twenty-Fourth Floor<br>San Francisco, CA  94105-3441<br>Telephone:  1(415) 856-7000<br>Facsimile:  1(415) 856-7100 | George A. Riley (Bar No. 118304)<br>griley@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero, 28th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 984-8700<br>Facsimile:  (415) 984-8701 |
| Elizabeth L. Brann (Bar No. 222873)<br>elizabethbrann@paulhastings.com<br>PAUL HASTINGS LLP<br>4747 Executive Drive, 12th Floor<br>San Diego, CA  92121<br>Telephone:  1(858) 458-3000<br>Facsimile:  1(858) 458-3005 | John C. Kappos (Bar No. 171977)<br>jkappos@omm.com<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA  92660<br>Telephone:  (949) 823-6900<br>Facsimile:  (949) 823-6994 |
| Timothy P. Cremen (MI Bar No. 478705)<br>timothycremen@paulhastings.com<br>(to be admitted *pro hac vice*)<br>Lisa Y. Leung (Bar No. 277460)<br>lisaleung@paulhastings.com<br>PAUL HASTINGS LLP<br>875 15th Street NW<br>Washington, D.C. 20005<br>Telephone:  (202) 551-1700<br>Facsimile:  (202) 551-1705 | Attorneys for Defendants<br>SmileCareClub LLC and Camelot SI LLC d/b/a<br>SharperImage.com |

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>SMILECARECLUB, LLC, CAMELOT SI, LLC D/B/A SHARPERIMAGE.COM, and BROOKSTONE, INC.,<br><br>             Defendants. | CASE NO. 5:15-cv-04864-BLF<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |

Case No. 5:15-cv-04864-BLF
LEGAL_US_W # 85434996.3

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

This stipulation is entered into by and among Plaintiff Align Technology Inc. ("Align") and Defendants SmileCareClub, LLC ("SmileCareClub") and Camelot SI, LLC d/b/a SharperImage.com ("Sharper Image") (collectively, "Defendants"), by and through their respective counsel.

WHEREAS, Plaintiff filed its Complaint in this action on October 22, 2015;

WHEREAS, Plaintiff served the Complaint on Defendant SmileCareClub, LLC on November 6, 2015, and on Camelot SI, LLC d/b/a SharperImage.com on November 9, 2015;

WHEREAS, on December 15, 2015, the Court entered a Notice (Dkt. No. 21) setting the Case Management Conference for April 21, 2016 at 11:00 AM in Courtroom 3, 5th Floor, San Jose;

WHEREAS, after receiving an extension of time to respond, on January 6, 2016, Defendants filed their Answer, Defenses, and Counterclaims to Complaint;

WHEREAS, a Joint Case Management Statement and Initial Disclosures are currently due by April 14, 2016;

WHEREAS, the parties are currently engaged in direct discussions regarding potential early resolution of the case;

WHEREAS, the parties agree that a 91-day continuance of the Case Management Conference and all currently pending deadlines will allow the parties to have additional time to explore whether an early resolution of this case is possible, and will permit more efficient case management, will serve the interests judicial economy, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The April 21, 2016 Case Management Conference shall be taken off calendar, and rescheduled ninety-one (91) days later on July 21, 2016, or another date that is convenient for the Court.

2. The deadline to file the Joint Case Management Statement and Initial Disclosures shall be continued to and including seven (7) days prior to the new date for the Case Management Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  April 5, 2016

PAUL HASTINGS LLP
THOMAS A. COUNTS
ELIZABETH L. BRANN

By:  /s/ Thomas A. Counts
      Thomas A. Counts

Thomas A. Counts (Bar No. 148051)
tomcounts@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Elizabeth L. Brann (Bar No. 222873)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA  92121
Telephone:  1(858) 458-3000
Facsimile:  1(858) 458-3005

Timothy P. Cremen (Bar No. 478705)
timothycremen@paulhastings.com
(to be admitted *pro hac vice*)
Lisa Y. Leung (Bar No. 277460)
lisaleung@paulhastings.com
PAUL HASTINGS LLP
875 15th Street NW
Washington, D.C. 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705

Attorneys for Plaintiff
Align Technology, Inc.

Case No. 5:15-cv-04864-BLF
LEGAL_US_W # 85434996.3

-2-

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Date: April 5, 2016 | O'MELVENY & MYERS LLP |
| 2 | | GEORGE A. RILEY |
| | | JOHN C. KAPPOS |

Date: April 5, 2016

O'MELVENY & MYERS LLP
GEORGE A. RILEY
JOHN C. KAPPOS


By: /s/ John Kappos
      John Kappos


George A. Riley (Bar No. 118304)
griley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

John C. Kappos (Bar No. 171977)
jkappos@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994

Attorneys for Defendants
SmileCareClub LLC and Camelot SI LLC
d/b/a SharperImage.com

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2  The Case Management Conference is COTINUED to July 28, 2016 at 11:00 a.m.
3  DATED: April 5, 2016                 /s/ Beth Labson Freeman
                                        THE HONORABLE BETH LABSON FREEMAN
4                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of April, 2016, with a copy of the foregoing document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

      /s/ Thomas A. Counts
          Thomas A. Counts